IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DORETHA NICHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-069 |
| | ) | |
| WALMART INC and WALMART CLAIM SERVICES, INC, | ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 30, 31.) Nothing in Plaintiff's objections changes the analysis that this case is due to be dismissed based on lack of subject matter jurisdiction. Accordingly, the Court **OVERRULES** Plaintiff's objections, (doc. nos. 30, 31), **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motions for default judgment, (doc. nos. 16-18, 21), motion to request, (doc. no. 29), and motion to reinstate default judgment, (doc. no. 30), **DISMISSES** this case based on lack of subject matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this ____8th____ day of August, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA