AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DORETHA NICHOLS,

        Plaintiff,

v.

WALMART INC and WALMART CLAIM SERVICES, INC,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV124-069

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered August 8, 2024, the Court overrules Plaintiff's objections, adopts the Magistrate Judge's Report and Recommendation as it's opinion, and dismisses this case based on lack of subject matter jurisdiction.  Plaintiff's motions for default judgment, motion to request, and motion to reinstate default judgment are denied as moot.  This case stands closed.

8/8/2024
Date

John E. Triplett, Clerk of Court
Clerk



(By) Deputy Clerk

GAS Rev 10/2020