IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DORETHA NICHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-069 |
| | ) | |
| WALMART INC and WALMART CLAIM SERVICES, INC, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 25, 2024, the Magistrate Judge entered a Report and Recommendation ("R&R") recommending dismissal of Plaintiff's complaint for lack of subject matter jurisdiction. (Doc. no. 27.) On August 7, 2024, the Court received Plaintiff's objections to the R&R. (Doc. nos. 30, 31.) On August 8, 2024, the Court adopted the R&R, (doc. no. 32), and the same day, received additional objections filed by Plaintiff, (doc. no. 34.) Thus, the Court **VACATES** the August 8, 2024 Adoption Order and Judgment. (Doc. nos. 32, 33.)

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 30, 31, 34.) Nothing in Plaintiff's objections changes the analysis that this case is due to be dismissed based on lack of subject matter jurisdiction. Accordingly, the Court **OVERRULES** Plaintiff's objections, (doc. nos. 30, 31, 34), **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motions for default judgment, (doc. nos. 16-18, 21), motion to request, (doc. no. 29), and motion to reinstate default judgment, (doc.

no. 30), **DISMISSES** this case based on lack of subject matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this _20th_ day of August, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA