IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Doretha Nichols | ) ) ) |
| Plaintiff-Appellee, | ) ) |
| vs. | ) ) ) ) | Case No. 1:24-cv-069
| Walmart Inc., Walmart Claim Services, Inc., | ) ) ) ) |
| Defendants-Appellant. | ) |

ORDER

The appeal in the above-styled action having been dismissed for lack of jurisdiction by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this _19th_ day of _November_, 20_24_.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA